[J-100A&B-2016][M.O. – Wecht, J.]

## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| MARY ANN PROTZ, | : | No. 6 WAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court entered |
| v. | : | September 18, 2015 at No. 1024 CD |
| | : | 2014, vacating the order of the Workers' |
| | : | Compensation Appeal Board entered |
| WORKERS' COMPENSATION APPEAL | : | May 22, 2014 at No. A13-0096 and |
| BOARD (DERRY AREA SCHOOL | : | remanding with instructions. |
| DISTRICT), | : | |
| | : | |
| Appellees | : | ARGUED: November 1, 2016 |
| | | |
| MARY ANN PROTZ | : | No. 7 WAP 2016 |
| | : | |
| | : | Appeal from the Order of the |
| v. | : | Commonwealth Court entered |
| | : | September 18, 2015 at No. 1024 CD |
| | : | 2014, vacating the order of the Workers' |
| WORKERS' COMPENSATION APPEAL | : | Compensation Appeal Board entered |
| BOARD (DERRY AREA SCHOOL | : | May 22, 2014 at No. A13-0096 and |
| DISTRICT) | : | remanding with instructions. |
| | : | |
| APPEAL OF: DERRY AREA SCHOOL | : | |
| DISTRICT | : | ARGUED: November 1, 2016 |

## *CONCURRING OPINION*

**CHIEF JUSTICE SAYLOR**                              **DECIDED: JUNE 20, 2017**

I support the core legal analysis contained in the majority opinion. At least in the absence of some sort of ongoing legislative or administrative review or oversight, I agree that prospective medical texts cannot be incorporated into a scheme affecting citizens' substantial rights. My differences with the majority opinion are more a matter

of approach than substance, as, for example, I find it unnecessary to even consider that the American Medical Association might concoct anything, *see* Majority Opinion, *slip op.* at 10, or that the General Assembly may have acted on an avoidance rationale, *see id.* at 13 n.6.